# Schedule A

| No. | Store Name | ASIN |
|---|---|---|
| 1 | HFDXF224 | B0CGRH4ZJM |
| 2 | HFDXF156 | B0F4XJGD56 |
| 3 | HFDXF059 | B0G2CPH9PP |
| 4 | HFDXF161 | B0GM6G152W |
| 5 | HFDXF511 | B0GM1PP4L9 |
| 6 | HFDXF842 | B0DZ1222RQ |
| 7 | HFDXF904 | B0GFYCLHLB |
| 8 | HFDXF521 | B0FRZFC6GZ |
| 9 | HFDXF094 | B0G339BLXK |
| 10 | HFDXF002 | B0DY82WRL3 |
| 11 | HFDXF811 | B0FRL4PD4W |
| 12 | HFDXF063 | B0FPFS4YJV |
| 13 | HFDXF915 | B0FQ4Y2GJ3 |
| 14 | HFDXF134 | B0G4RDPMWX |
| 15 | HFDXF675 | B0FLY2MZKV |
| 16 | HFDXF265 | B0F38GBY1T |
| 17 | HFDXF471 | B0F6N8628Q |
| 18 | HFDXF868 | B0DPSNRP3N |
| 19 | HFDXF598 | B0GJ5NCG3J |
| 20 | HFDXF604 | B0G2CRWC9Q |
| 21 | HFDXF772 | B0FPXCPH2V |
| 22 | HFDXF223 | B0GFY9SJM9 |
| 23 | HFDXF950 | B0FQ2QDZX1 |
| 24 | HFDXF825 | B0DY7MKSR2 |
| 25 | HFDXF923 | B0DZFZCK48 |
| 26 | HFDXF486 | B0C2CML1CS |

| 27 | HFDXF707 | B0G5Q575SQ |
|---|---|---|
| 28 | HFDXF541 | B0GJSG4RM2 |
| 29 | HFDXF500 | B0F13PDC81 |
| 30 | HFDXF514 | B0DPWSTW8S |
| 31 | HFDXF719 | B0DRNZ4VP6 |
| 32 | HFDXF245 | B0G5173KNB |
| 33 | HFDXF109 | B0FT7C2LL2 |
| 34 | HFDXF064 | B0FQNQR54S |
| 35 | HFDXF376 | B0GN9549Y2 |
| 36 | HFDXF057 | B0CHRZ3KZY |
| 37 | HFDXF036 | B0DXL4LBS9 |
| 38 | HFDXF077 | B0F2HX99ZV |
| 39 | HFDXF005 | B0GS1X4R4W |
| 40 | HFDXF055 | B0FW9TSDVB |
| 41 | HFDXF318 | B0FY779K3W |
| 42 | HFDXF715 | B0FL836WFC |
| 43 | HFDXF067 | B0FVVH79XZ |
| 44 | HFDXF949 | B0FWD19KQJ |
| 45 | HFDXF688 | B0G44ZH92Z |
| 46 | HFDXF528 | B0G5PKHNSL |
| 47 | HFDXF356 | B0FQ2SB3ZP |
| 48 | HFDXF442 | B0F91XJ1KP |
| 49 | HFDXF721 | B0FTXQ8VXJ |
| 50 | HFDXF802 | B0FVTS2H9J |
| 51 | HFDXF515 | B0DPF6N8L2 |
| 52 | HFDXF075 | B0G8WT3LLR |
| 53 | HFDXF977 | B0DZNXCDR4 |

| 54 | HFDXF767 | B0F38J8BHM |
|---|---|---|
| 55 | HFDXF792 | B0F38J8BHM |
| 56 | HFDXF054 | B0FGJ41855 |
| 57 | HFDXF152 | B0F9WG89BG |
| 58 | HFDXF139 | B0F93MC96H |
| 59 | HFDXF676 | B0F98YYZJF |
| 60 | HFDXF700 | B0VPHDDBRV |
| 61 | HFDXF800 | B0XUDRAOZE |
| 62 | HFDXF729 | B0FEE4K55J |
| 63 | HFDXF037 | B01400WME6 |
| 64 | HFDXF089 | B0YTLS478R |
| 65 | HFDXF192 | B0R7Q87HGZ |
| 66 | HFDXF755 | B0RDK1LT7A |
| 67 | HFDXF328 | B0EY916A44 |
| 68 | HFDXF612 | B01S1AMBGC |
| 69 | HFDXF411 | B0LXVPKIDA |
| 70 | HFDXF277 | B0OCVVG3KT |
| 71 | HFDXF712 | B0HEKARGUF |
| 72 | HFDXF709 | B021Q7QOI8 |
| 73 | HFDXF419 | B0JJZLY0ZW |
| 74 | HFDXF609 | B0KWQTT5XM |
| 75 | HFDXF828 | B0NWF9PKYQ |
| 76 | HFDXF661 | B06SYRDH7A |
| 77 | HFDXF084 | B0M4K4DYDX |
| 78 | HFDXF547 | B0BZSLHZF5 |
| 79 | HFDXF211 | B0ACPYPPLK |
| 80 | HFDXF116 | B03WNLJGUS |

| | | |
|---|---|---|
| 81 | HFDXF518 | B0UGJRNP2U |
| 82 | HFDXF340 | B0QSIQ17L5 |
| 83 | HFDXF933 | B0YBD8ANP6 |
| 84 | HFDXF422 | B0OIYQNKVZ |
| 85 | HFDXF431 | B0I4MT4FHJ |
| 86 | HFDXF803 | B05P3XB6EY |
| 87 | HFDXF506 | B0YS9HQUI6 |
| 88 | HFDXF771 | B0KP26KKRY |
| 89 | HFDXF621 | B03ZH6W0DV |
| 90 | HFDXF895 | B0GZWE8LKW |
| 91 | HFDXF121 | B0XF8KWIEY |
| 92 | HFDXF026 | B0OK80BJ7N |
| 93 | HFDXF470 | B0VVQZ4RW1 |
| 94 | HFDXF605 | B0W4I1JBN8 |
| 95 | HFDXF415 | B0KF3GBIIC |
| 96 | HFDXF180 | B061280RRO |
| 97 | HFDXF991 | B0OQYX6UCX |
| 98 | HFDXF218 | B0NB09BR9B |
| 99 | HFDXF662 | B0ZK25MWQX |
| 100 | HFDXF690 | B01WDAZ41E |
| 101 | HFDXF025 | B0V6T6JPKT |
| 102 | HFDXF770 | B072GAJW3G |
| 103 | HFDXF190 | B0YFNXECTA |
| 104 | HFDXF177 | B0AAXN1219 |
| 105 | HFDXF203 | B0BMQ09ANP |
| 106 | HFDXF072 | B0HJI6SP81 |